# Exhibit B



**MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS**
# MISSOURI COMMISSION ON HUMAN RIGHTS



| JEREMIAH W. (JAY) NIXON | RYAN MCKENNA | SARA NELL LAMPE | ALISA WARREN, PH.D. |
|---|---|---|---|
| GOVERNOR | DEPARTMENT DIRECTOR | COMMISSION CHAIRPERSON | EXECUTIVE DIRECTOR |

Joseph S. VonKaenel
6655 Waterman
St. Louis, MO 63130

FE-12/14-22707
*Administrative Use/Records*

## NOTICE OF TERMINATION OF PROCEEDINGS

RE:   VonKaenel vs. Armstrong Teasdale LLP
         FE-12/14-22707     560-2015-00406

The investigation of the above-captioned complaint has determined that the Missouri Commission on Human Rights (MCHR) lacks jurisdiction over this matter because you are 70 or older and therefore outside of the protected age group under the Missouri Human Rights Act. Therefore, MCHR is administratively closing this case and terminating all MCHR proceedings relating to your complaint. If you are aggrieved by this decision, then you can appeal by filing a petition under § 536.150 of the Revised Statutes of Missouri in state circuit court. Any such petition must be filed in the circuit court of Cole County.

Respectfully,

*[signature]*

Alisa Warren Ph.D.
Executive Director

<u>February 17, 2015</u>
Date

Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105

Daniel K. O'Toole
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
*Via email*

| ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|
| 3315 W. TRUMAN BLVD. P.O. BOX 1129 JEFFERSON CITY, MO 65102-1129 PHONE: 573-751-3325 FAX: 573-751-2905 | 111 N. 7TH STREET, SUITE 903 ST. LOUIS, MO 63101-2100 PHONE: 314-340-7590 FAX: 314-340-7238 | P.O. BOX 1300 OZARK, MO 65721-1300 FAX: 417-485-6024 | 1410 GENESSEE, SUITE 260 KANSAS CITY, MO 64102 FAX: 816-889-3582 | 106 ARTHUR STREET SUITE D SIKESTON, MO 63801-5454 FAX: 573-472-5321 |

*Missouri Commission on Human Rights is an equal opportunity employer/program. Auxiliary aides and services are available upon request to individuals with disabilities.*
TDD/TTY:   1-800-735-2966 (TDD)   Relay Missouri: 711
www.labor.mo.gov/mohumanrights     E-Mail: mchr@labor.mo.gov