UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JOSEPH S. VON KAENEL,            )
                                 )
    Plaintiff,                   )
                                 )
vs.                              )   CASE NO.  4:16CV1414 HEA
                                 )
ARMSTRONG TEASDALE, LLP,         )
                                 )
    Defendant.                   )

## JUDGMENT

In accordance with the Opinion, Memorandum, and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of Defendants and against Plaintiff.

Dated this 31st day of July, 2018.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE