**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JOSEPH S. VON KAENEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 4:16-CV-01414-HEA |
| | ) |
| ARMSTRONG TEASDALE, LLP, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Joseph S. von Kaenel, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on the 31st day of July, 2018.

DOBSON, GOLDBERG, BERNS & RICH, LLP

By:  /s/ Gregory A. Rich
    Jerome J. Dobson, #33215
    jdobson@dobsongoldberg.com
    Gregory A. Rich, #67115
    grich@dobsongoldberg.com
    5017 Washington Place, Third Floor
    St. Louis, MO 63108
    Tel: (314) 621-8363
    Fax: (314) 621-8366

    Attorneys for Plaintiff

CERTIFICATE OF SERVICE

The undersigned certifies that on August 24, 2018, the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Neal F. Perryman
Michael L. Jente
LEWIS RICE, LLC
600 Washington Ave., Ste. 2500
St. Louis, MO 63101

_____/s/ Gregory A. Rich_____